JUDGE MARRERO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# 07 CV 10466

DORIS STAEHR, Deriv.
ON BEHALF OF AMERICAN
INTERNATIONAL GROUP, INC.

Plaintiff,

-v-

MARTIN J. SULLIVAN, et al.

AND

AMERICAN INTERNATIONAL GROUP
INC, a DELAWARE CORP.

Defendants.

NOMINAL
DEFENDANT.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DORIS STAEHR _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: November 19, 2007

**Signature of Attorney**

**Attorney Bar Code:** TGA 1515