IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARILYN CLARK, Derivatively on Behalf of AMERICAN INTERNATIONAL GROUP, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>MARTIN J. SULLIVAN, EDMUND S.W. TSE, WIN J. NEUGER, FRANK G. WISNER, BRIAN T. SCHREIBER, STEVEN J. BENSINGER, WILLIAM N. DOOLEY, FREDERICK W. GEISSINGER, ELIAS F. HABAYEB, ROBERT E. LEWIS, MARSHALL A. COHEN, MARTIN D. FELDSTEIN, ELLEN V. FUTTER, RICHARD C. HOLBROOKE, FRANK G. ZARB, STEPHEN L. HAMMERMAN, GEORGE L. MILES, JR., MORRIS W. OFFIT, MICHAEL H. SUTTON, FRED H. LANGHAMMER, JAMES F. ORR, III, VIRGINIA M. ROMETTY and ROBERT B. WILLUMSTAD,<br><br>            Defendants,<br><br>  -and-<br><br>AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation,<br><br>            Nominal Defendant. | Case No. 07-CV-10464 (LAP) |

[Caption continued on following page]

| | |
|---|---|
| DORIS STAEHR, Derivatively on Behalf of AMERICAN INTERNATIONAL GROUP, INC., <br><br>                Plaintiff,<br><br>  vs.<br><br>MARTIN J. SULLIVAN, EDMUND S.W. TSE, WIN J. NEUGER, FRANK G. WISNER, BRIAN T. SCHREIBER, STEVEN J. BENSINGER, WILLIAM N. DOOLEY, FREDERICK W. GEISSINGER, ELIAS F. HABAYEB, ROBERT E. LEWIS, MARSHALL A. COHEN, MARTIN D. FELDSTEIN, ELLEN V. FUTTER, RICHARD C. HOLBROOKE, FRANK G. ZARB, STEPHEN L. HAMMERMAN, GEORGE L. MILES, JR., MORRIS W. OFFIT, MICHAEL H. SUTTON, FRED H. LANGHAMMER, JAMES F. ORR, III, VIRGINIA M. ROMETTY and ROBERT B. WILLUMSTAD,<br><br>                Defendants,<br><br>  -and-<br><br>AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No. 07-CV-10466 (VM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is appearing as counsel of behalf of Nominal Defendant American International Group, Inc. in the above-captioned actions.

2

New York, New York
December 4, 2007

                    PAUL, WEISS, RIFKIND,
                       WHARTON & GARRISON LLP

                    By: _/s/ Robert N. Kravitz_____
                            Daniel J. Kramer
                            Robert N. Kravitz
                            Elizabeth L. Smith
                  1285 Avenue of the Americas
                  New York, NY  10019-6064
                  Telephone: (212) 373-3000
                  Facsimile: (212) 757-3990
                  (212) 373-3000
                  dkramer@paulweiss.com
                  rkravitz@paulweiss.com
                  esmith@paulweiss.com

                  *Attorneys for Nominal Defendant*
                    *American International Group, Inc.*

TO;  All Counsel of Record