UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORIS STAEHR, Derivatively On Behalf of AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. SULLIVAN, EDMUND S.W. TSE, WIN J. NEUGER, FRANK G. WISNER, BRIAN T. SCHREIBER, STEVEN J. BENSINGER, WILLIAM N. DOOLEY, FREDERICK W. GEISSINGER, ELIAS F. HABAYEB, ROBERT E. LEWIS, MARSHALL A. COHEN, MARTIN D. FELDSTEIN, ELLEN V. FUTTER, RICHARD C. HOLBROOKE, FRANK G. ZARB, STEPHEN L. HAMMERMAN, GEORGE L. MILES, JR., MORRIS W. OFFIT, MICHAEL H. SUTTON, FRED H. LANGHAMMER, JAMES F. ORR, III, VIRGINIA M. ROMETTY and ROBERT B. WILLUMSTAD, <br><br> Defendants, <br><br> and <br><br> AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 07-10466 (VM) <br><br> **RULE 7.1 STATEMENT** |

      PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for nominal defendant American International Group, Inc. ("AIG")

certifies that AIG, a publicly held corporation, has no parent corporation and no publicly-held company owns ten percent (10%) or more of the stock of AIG.

Dated: New York, New York
       December 5, 2007

                              PAUL, WEISS, RIFKIND,
                                WHARTON & GARRISON LLP

                            By: /s/ Robert N. Kravitz
                                  Daniel J. Kramer
                                  Robert N. Kravitz
                            1285 Avenue of the Americas
                            New York, New York 10019-6064
                            (212) 373-3000
                            dkramer@paulweiss.com
                            rkravitz@paulweiss.com
                            *Attorneys for Nominal Defendant*
                              *American International Group, Inc.*

Doc#: US1:5116478v1