UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
MARILYN CLARK, Derivatively on Behalf of : 
AMERICAN INTERNATIONAL GROUP, : Case No. 07-CV-10464
INC., :
:
           Plaintiff, :
: NOTICE OF CHANGE OF ADDRESS
  vs. :
:
MARTIN J. SULLIVAN, EDMUND S.W. TSE, :
WIN J. NEUGER, FRANK G. WISNER, :
BRIAN T. SCHREIBER, STEVEN J. :
BENSINGER, WILLIAM N. DOOLEY, :
FREDERICK W. GEISSINGER, ELIAS F. :
HABAYEB, ROBERT E. LEWIS, MARSHALL :
A. COHEN, MARTIN D. FELDSTEIN, ELLEN :
V. FUTTER, RICHARD C. HOLBROOKE, :
FRANK G. ZARB, STEPHEN L. :
HAMMERMAN, GEORGE L. MILES, JR., :
MORRIS W. OFFIT, MICHAEL H. SUTTON, :
FRED H. LANGHAMMER, JAMES F. ORR, :
III, VIRGINIA M. ROMETTY and ROBERT B. :
WILLUMSTAD, :
:
           Defendants, :
:
  -and- :
:
AMERICAN INTERNATIONAL GROUP, :
INC., a Delaware corporation, :
:
           Nominal Defendant. :
---------------------------------------------------------------X

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiff Marilyn Clark, has moved its offices to:

        Law Offices of Thomas G. Amon
        250 West 57th Street
        Suite 1316
        New York, NY 10107

DATED: January 28, 2008          By: /s/ Thomas G. Amon
New York, New York                 Thomas G. Amon (TGA-1515)

- 2 -

                                        LAW OFFICES OF THOMAS G. AMON
                                        250 West 57th Street, Suite 1316
                                        New York, NY 10107
                                        Tel: (212) 810-2430

*Attorneys for Plaintiff Marilyn Clark*

Of Counsel: Harry H. Wise, Esq.

- 2 -