UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DORIS STAEHR, Derivatively on Behalf of :
AMERICAN INTERNATIONAL GROUP, INC., : Case No. 07-CV-10466
:
              Plaintiff, :
: NOTICE OF CHANGE OF ADDRESS
vs. :
:
MARTIN J. SULLIVAN, EDMUND S.W. TSE, :
WIN J. NEUGER, FRANK G. WISNER, BRIAN :
T. SCHREIBER, STEVEN J. BENSINGER, :
WILLIAM N. DOOLEY, FREDERICK W. :
GEISSINGER, ELIAS F. HABAYEB, ROBERT :
E. LEWIS, MARSHALL A. COHEN, MARTIN :
D. FELDSTEIN, ELLEN V. FUTTER, :
RICHARD C. HOLBROOKE, FRANK G. :
ZARB, STEPHEN L. HAMMERMAN, :
GEORGE L. MILES, JR., MORRIS W. OFFIT, :
MICHAEL H. SUTTON, FRED H. :
LANGHAMMER, JAMES F. ORR, III, :
VIRGINIA M. ROMETTY and ROBERT B. :
WILLUMSTAD, :
:
              Defendants, :
:
-and- :
:
AMERICAN INTERNATIONAL GROUP, INC., :
a Delaware corporation, :
:
              Nominal Defendant. :
------------------------------------------------------------X

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiff Doris Staehr, has moved its offices to:

        Law Offices of Thomas G. Amon
        250 West 57th Street
        Suite 1316
        New York, NY 10107

DATED: January 28, 2008        By: /s/ Thomas G. Amon
New York, New York             Thomas G. Amon (TGA-1515)

                                    LAW OFFICES OF THOMAS G. AMON
                                    250 West 57th Street, Suite 1316
                                    New York, NY 10107
                                    Tel: (212) 810-2430

                                    *Attorneys for Plaintiff Doris Staehr*

Of Counsel: Harry H. Wise, Esq.